PELEG SWEET, *Appellant, v.* GILBERT STEER, *Respondent.* — Judgment of County Court reversed and that of justice affirmed, with costs. Mem. by BOARDMAN, J.

ABRAM VANDENBURGH, *Respondent, v.* LUCY J. SINCLAIRE, *Appellant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

WILLIAM D. MOTT, *Respondent, v.* CHARLES C. ABEEL, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

CHARLES RAMSEY, *Plaintiff, v.* EDWARD RAMSEY, *as Administrator, etc., Defendant.* — Orders affirmed, with costs against appellants on the appeal from the appointment of administrator.

LORENZO B. CLARK, *Respondent. v.* WILLIS S. NELSON, *as President, etc., Appellant.* — Judgment affirmed, with costs.

PETER HARPER, *Respondent, v.* GEORGE D. SHERMAN, and LA FAYETTE SPRAGUE, *Appellants.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J., and LANDON, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* NAPOLEON X. ARCHAMBAULT, *Respondent, v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ULSTER, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements, on authority of *People ex rel. Baker* v. *Supervisors* (9 Hun, 440), and action continued to the Court of Appeals.

CORNELIUS FONDA, *Landlord, etc., Respondent. v.* FRANK S. PETERS, *Tenant, etc., Appellant.* — Appeal dismissed, with ten dollars costs and printing disbursements.

JACOB H. CLUTE, *Respondent, v.* ELIZABETH CROUNSE, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

ELIZABETH FISH and FROTHINGHAM FISH, *Administrators, etc., Appellants, v.* E. JUDSON HAWLEY, *Respondent, Impleaded, etc.* — Order affirmed, with ten dollars costs and printing disbursements. LANDON, J., not acting.